AO 91 (Rev. 02/09) Criminal Complaint       Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
SEP 2 5 2018
David J. Bradley, Clerk of Court

United States of America )
v. )
0 )  Case No.  B-18-mJ-891
0 )
Nelson ORTEZ-Pena )

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __September 20, 2018__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __18__ U.S.C. § __111__,

an offense described as follows:
The defendant forcibly assaulted a contract employee of Immigration and Customs Enforcement who was engaged in the performance of official duties.

This criminal complaint is based on these facts:
On September 20, 2018, the defendant, a citizen of Honduras awaiting removal at the Port Isabel Detention Center in Los Fresnos, TX, lunged at and struck, with a closed fist, Ellis Pena, a registered nurse and ICE contract employee, who was attempting to measure the defendants' blood pressure.

☐ Continued on the attached sheet.

*Complainant's signature*

Chrisotpher Read , Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 25, 2018

*Judge's signature*

City and state:  Brownsville, Texas

Ronald G. Morgan , U.S. Magistrate Judge
*Printed name and title*