United States District Court
Southern District of Texas
**ENTERED**
September 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                               CR. NO. B-18-891-MJ

**NELSON ORTEZ-PEÑA**

### ORDER FOR ISSUANCE OF WITNESS SUBPOENA

The defendant, **NELSON ORTEZ-PENA**, having applied pursuant to Rule 17(b), Federal Rules of Criminal Procedure, for the issuance of subpoena without expense to him, and having made satisfactory showing that he is financially unable to pay the fees of the witness and that the presence of the witness is necessary to an adequate defense of this case in that she is a witness for the defense.

IT IS ORDERED that Witness Subpoena for **Ellis Peña, Registered Nurse, Port Isabel Detention Center, 27991 Buena Vista Blvd., Los Fresnos, Texas 78566, Telephone No. (956) 547-1700,** to attend the Preliminary Exam Hearing set for October 3, 2018 at 1:30 P.M. in Brownsville, Texas before the Honorable Ronald G. Morgan, United States Magistrate Judge, be issued and that the costs incurred by the process and the fees of the witness shall be paid in the same manner in which similar costs and fees are paid in the case of witness subpoenaed in behalf of the government.

DONE at Brownsville, Texas, this 27th day of September, 2018.

_____
JUDGE PRESIDING